**Norman MEDLEY, Appellant,**

**v.**

**Mark McCLINDON, Highway Patrolman, Troop E Headquarters, Poplar Bluff, MO; Marcus Hopkins, Deputy; Johnny Higgins, SEMO Task Force;**

Unknown Decker, Agent, SEMO Task Force; Unknown Scoggins, Highway Patrolman, Troop E; Randal Midkiff, Deputy, Appellees.

No. 08–3372.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 13, 2009.

Filed: Dec. 11, 2009.

Norman Medley, Marion, IL, for Appellant.

Theodore A. Bruce, Attorney General's Office, Jefferson City, MO, Albert M. Spradling, III, Spradling & Spradling, Cape Girardeau, MO, for Appellees.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

In this 42 U.S.C. § 1983 action, Norman Medley appeals the district court's[1] adverse grant of a directed verdict on his Fourth Amendment claims. He has also moved to strike the appellees' briefs.

Because we cannot review the merits of Medley's appeal without a trial transcript, we dismiss the appeal. *See* Fed. R.App. P. 10(b)(1) (discussing appellant's duty to order transcript); *Schmid v. United Bhd. of Carpenters & Joiners of Am.*, 827 F.2d 384, 385–86 (8th Cir.1987) (per curiam) (where pro se appellant did not order trial transcript, appellate court could not review claim of judicial bias, evidentiary rulings, or sufficiency of evidence); *cf. Meroney v. Delta Int'l Mach. Corp.*, 18 F.3d 1436, 1437 (8th Cir.1994) (dismissing appeal when pro se party failed to order transcripts after

district court denied their request to order them at government expense). In addition, we deny Medley's pending motion.

---

1. The Honorable Catherine D. Perry, Chief Judge, United States District Court for the